IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Consolidated Under |
| | : | MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS | : | |
| | : | Transferor District Court |
| v. | : | Western District of Arkansas |
| | : | |
| CERTAIN DEFENDANTS | : | |

**O R D E R**

**AND NOW**, this **8th** day of **April 2009**, upon consideration of plaintiffs' counsel's request at the Court's hearing on April 7, 2009, it is hereby **ORDERED** that the cases listed in "Exhibit A", attached, will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**AND IT IS SO ORDERED.**

*/s/ signature/*

EDUARDO C. ROBRENO, J.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 1 3 2009

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

**EXHIBIT "A"**

WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| James O. Hardage | NOT YET ASSIGNED | 2:90-cv-5262 |
| Glenn Byrd | NOT YET ASSIGNED | 2:95-cv-5262 |
| Joseph Henson | NOT YET ASSIGNED | 2:95-cv-5262 |
| Billy L. Howard Sr | NOT YET ASSIGNED | 2:95-cv-5262 |
| Marvis Wood | NOT YET ASSIGNED | 2:95-cv-5262 |
| Oynotis Gregory | NOT YET ASSIGNED | 2:95-cv-5262 |
| Glen Wren | NOT YET ASSIGNED | 2:95-cv-5262 |
| Charlotte Taylor | NOT YET ASSIGNED | 2:95-cv-5262 |
| Joe Lowry | NOT YET ASSIGNED | 2:91-cv-1074 |
| C.E. Graves | NOT YET ASSIGNED | 2:91-cv-1074 |
| Morgan Outlaw | NOT YET ASSIGNED | 2:91-cv-1074 |
| Bobby Lowry | NOT YET ASSIGNED | 2:91-cv-1074 |
| Carl E. Mitchell | NOT YET ASSIGNED | 2:91-cv-5087 |
| Marion Starwalt | NOT YET ASSIGNED | 2:91-cv-1060 |
| Louis Holmes | NOT YET ASSIGNED | 2:91-cv-1060 |
| James Tipton | NOT YET ASSIGNED | 2:91-cv-1025 |
| Jack Goodwin | NOT YET ASSIGNED | 2:91-cv-1025 |
| Benny Murray | NOT YET ASSIGNED | 2:91-cv-1025 |
| William C. Lewis | NOT YET ASSIGNED | 2:91-cv-1025 |